# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANTHONY LLOYD JACKSON, JR.

VERSUS

OSCAR "OMAR" DANTZLER, JR.
AND KYLE ARDOIN IN HIS
CAPACITY AS LOUISIANA
SECRETARY OF STATE

NO.  2025 CW 0342

**JULY 7, 2025**

---

In Re:    Oscar "Omar" Dantzler, applying for rehearing, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          736101.

---

**BEFORE:   PENZATO, STROMBERG, AND FIELDS, JJ.**

**APPLICATION FOR REHEARING DENIED.**  See Rules 18.2 and 18.7 of
the Uniform Rules of Louisiana Courts of Appeal.

**AHP**
**TPS**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT